IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JAN 2 4 2020

Clerk, U S District Court
District Of Montana
Billings

MICHAEL LEE CAMERON,

Plaintiff,

vs.

SHEILA R. KOLAR, BENJAMIN HALVERSON, and MICHELLE LEE,

Defendants.

CV 19-92-BLG-SPW

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS

Before the Court is Plaintiff Michael Cameron, a prisoner proceeding pro se, who filed a complaint under 42 U.S.C. § 1983 against the Defendants regarding his incarceration at the Yellowstone County Detention Facility. (Doc. 2). The United States Magistrate Judge filed Findings and Recommendations on January 6, 2020. (Doc. 6). The Magistrate recommended the Court dismiss the case because the Defendants are entitled to immunity. (Doc. 6 at 6-10).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. Because Cameron was served by mail, he was entitled to an additional 3 days to file objections. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for

1

clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 6) are ADOPTED IN FULL.

IT IS FURTHER ORDERED:

1. This matter is dismissed;

2. The Clerk of Court is directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3. The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. The record makes plain the instant Complaint is frivolous as it lacks arguable substance in law or fact.

DATED this 24th day of January, 2020.

SUSAN P. WATTERS
United States District Judge